HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
HECTOR DANIEL TORRES GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00063-001-KES |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date: March 23, 2026 |
| HECTOR DANIEL TORRES GOMEZ, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Kirk E. Sherriff |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Hector Daniel Tores Gomez, that the Court may continue the sentencing hearing from March 16, 2026, to March 23, 2026, at 9:30 a.m. The requested continuance is necessary for the continued defense investigation pertaining to sentencing and to accommodate an unforeseen scheduling conflict with the original date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date: March 4, 2026                     /s/ Christina M. Corcoran
                                        CHRISTINA M. CORCORAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        HECTOR DANIEL TORRES GOMEZ


                                        ERIC GRANT
                                        United States Attorney

Date: March 4, 2026                     /s/ Luke Baty
                                        LUKE BATY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for March 16, 2026, to March 23, 2026, at 9:30 a.m.


IT IS SO ORDERED.

   Dated:    March 4, 2026

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Unger / Stipulation and
Proposed Order

2