ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR TORRES GOMEZ,<br>Defendant. | CASE NO. 1:25-CR-00063-KES<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: **December 9, 2026**<br>TIME: **10:00AM**<br>COURT: Hon. Kirk E. Sherriff |

**JOINT STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Sentencing on December 9, 2026 in front of the Kirk E. Sherriff.

2. Discovery has been provided to Defense counsel.

3. Due to a scheduling conflict, the US Probation Office has requested continuing the matter until December 14, 2026.

4. Neither the government nor the Defendant objects to this continuance.

5. As a result, the parties agree and jointly stipulate that Sentencing in this matter be continued from November 16, 2026, to December 14, 2026.

6. Because this case involves a pending supervised release petition, no exclusion of time is

necessary.

IT IS SO STIPULATED.

///

///

Dated: November 9, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: November 9, 2026

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
HECTOR TORRES GOMEZ

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders that the sentencing hearing currently set on November 16, 2026, be continued until **December 9, 2026, at 10:00am**, in Courtroom 6 before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: November 10, 2026

UNITED STATES DISTRICT JUDGE